**PROB 22** (Rev. 2/88)

# TRANSFER OF JURISDICTION

**DOCKET NUMBER (Tran. Court):** 02-CR-421-01
**DOCKET NUMBER (Rec. Court):** CR 04-30013

| Field | Value |
|---|---|
| Name and Address of Probationer/Supervised Releasee | Olupeyede Odusina, 491 Bridge Rd, Bldg 7L, Apt. 21, North Hampton, MA 01060 |
| District | Eastern District of NY |
| Division | |
| Name of Sentencing Judge | Allyn R. Ross, U.S. District Judge |
| Dates of Probation/Supervised Release — From | 11.14.03 |
| Dates of Probation/Supervised Release — To | 11.13.06 |

**OFFENSE:** Importation of Heroin, 21 U.S.C. § 952(a)

## PART 1 — ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **EASTERN** DISTRICT OF **NEW YORK**

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the **District of Massachusetts** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

Date: March 9, 2004
_/s/ Allyn R. Ross_, United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 — ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF **MASSACHUSETTS**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

Effective Date: March 19, 2004
_/s/ Michael A. Ponsor_, United States District Judge
