AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

DISTRICT OF _Massachusetts_

UNITED STATES OF AMERICA

V.

_Olupeyede    Odusina_

**WAIVER OF PRELIMINARY
EXAMINATION OR HEARING
(Rule 5 or 32.1, Fed. R. Crim. P.)**

CASE NUMBER: 04 - 30013

I, _Olupeyede    Odusina_ , charged in a ☐ complaint ☒ petition

pending in this District _Massachusetts_

in violation of _Supervised    Release_ , U.S.C., _____ ,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a ☒ examination ☒ hearing , do hereby waive (give up) my right to a inary ☒ examination ☐ hearing.

_____
Defendant

_12/23/04_
Date

_____
Counsel for Defendant