UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES OF AMERICA**

**CASE NO. 04-30013-MAP**

**V.**

**OLUPEYEDE ODUSINA**

## NOTICE OF RESCHEDULING

PLEASE TAKE NOTICE that the above-entitled case has been RESET for a FINAL REVOCATION HEARING on 1/11/05 at 2:00 P.M., before Michael A. Ponsor, U.S. D.J In Courtroom # 1 on the 5th floor.

12/28/04
Date

TONY ANASTAS,
CLERK OF COURT

By: /s/ Elizabeth A. French
Deputy Clerk

Notice sent to:

All counsel of record via mail and electronically

(Notice of Hearing.wpd - 7/99)

[kntchrgcnf.]
[ntchrgcnf.]