UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.: 04-30013-MAP

| | |
|---|---|
| UNITED STATES OF AMERICA } | |
| } | |
| V. } | MOTION TO MODIFY TERMS |
| } | OF SUPERVISED RELEASE |
| OLUPEGEDE ODUSINA } | |

     Now comes the defendant, Olupegede Odusina, and respectfully requests this Honorable Court modify the terms and/or conditions of supervised release by allowing him to travel to Rhode Island, Connecticut and New York for purposes of his employment. The defendant is eligible for a promotion within his employment, which would require that he occasionally travel to these local states. In support of this motion, please refer to the attached affidavit.

Respectfully submitted,
Olupegede Odusina
By his attorney,

Date: January 10, 2005

J. Jeffrey Yelle, Esq.
1365 Main Street
Springfield, MA  01103
(413) 732-9760
BBO #536780

*Allowed, to the extent permitted by probation. So ordered.*

*Michael P. Ponsor USDJ*
*1·12·05*

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.: 04-30013-MAP

| UNITED STATES OF AMERICA | } | AFFIDAVIT IN SUPPORT OF |
| | } | MOTION TO MODIFY CONDITIONS |
| V. | } | OF SUPERVISED RELEASE |
| OLUPEGEDE ODUSINA | } | |

Under oath, I depose and state the following:

1. My name is Olupegede Odusina and I am the defendant in this case.

2. I am currently employed by Wireless Unlimited, a franchise of Cingular Wireless. I have been employed with them since November of 2004. My position is a senior consultant with the main area of focus being sales.

3. Since the beginning of my employment, the regional manager indicated I was eligible for a promotion as a trainer for the New England/Northeast market area. This is a young company that is expanding rapidly.

4. Due to my inability to travel to New York, Rhode Island and Connecticut, I have been unable to secure this promotion.

5. Thus, I am requesting that my conditions and/or terms of supervised release be modified to allow me to travel to these states for the purpose of advancing my career and improving my employment status.

Signed under the pains and penalties of perjury this 10th day of January, 2005.

_____
Olupegede Odusina

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.: 04-30013-MAP

UNITED STATES OF AMERICA }
}
}
V. }
}
}
OLUPEGEDE ODUSINA }

Certificate of Service

I, J. Jeffrey Yelle, Esq., hereby certify that a copy of the foregoing Motion to Modify Conditions of Supervised Release together with an Affidavit in support thereof, has been served on all parties of record, by first class mail postage prepaid to: Assistant U.S. Attorney Kevin O'Regan, Federal Building and Courthouse, 1550 Main Street, Springfield, MA 01103 on the date hereof.

Date: January 10, 2005

_____
J. Jeffrey Yelle, Esq.