UNITED STATED DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.: 04-30013-MAP

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | MOTION TO CLARIFY JUDGMENT |
| OLUPEGEDE ODUSINA | |

Now comes Olupegede Odusina, by and through his attorney, J. Jeffrey Yelle, Esq., and respectfully moves this Court to clarify its judgment in the above captioned case.

As grounds therefore, Counsel spoke with the U.S. Probation Officer who indicated an error may have been made in the Court's final judgment. Counsel requests this matter be bought before the Honorable Michael Ponsor as soon as possible as the defendant is scheduled to report to a halfway house in Hartford, Connecticut on February 14, 2005.

Respectfully submitted,
Olupegede Odusina
By his attorney,

Date: January 26, 2005

J. Jeffrey Yelle, Esq.
1365 Main Street
Springfield, MA  01103
(413) 732-9760
BBO #536780

UNITED STATED DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.: 04-30013-MAP

UNITED STATES OF AMERICA  }
                          }
                          }
v.                        }
                          }
                          }
OLUPEGEDE ODUSINA         }

Certificate of Service

I, J. Jeffrey Yelle, Esq., hereby certify that a copy of the foregoing Motion to Clarify Judgment has been served on all parties of record by first class mail, postage prepaid to: Assistant U.S. Attorney Kevin O'Regan, Federal Building and Courthouse, 1550 Main Street, Springfield, MA 01103 on the date hereof.

Date: January 26, 2005

J. Jeffrey Yelle, Esq.