AO 245D (Rev. 3/01)  Sheet 1 - Judgment in a Criminal Case for Revocations - D Massachusetts (09/02)

# United States District Court
## District of Massachusetts

UNITED STATES OF AMERICA
v.
**OLUPEYEDE ODUSINA**

**AMENDED JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)
(For Offenses Committed On or After November 1, 1987)

Case Number: 3: **04  CR  30013**    **001    MAP**

JEFFREY YELLE, ESQ
Defendant's Attorney

## THE DEFENDANT:

☐ admitted guilt to violation of condition(s) _____ of the term of supervision.
☒ was found in violation of condition(s) _____ after denial of guilt.

Accordingly, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1 | Failure to participate in substance abuse testing and treatment | 09/28/04 |

The defendant is sentenced as provided in pages 2 through____ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.    ☐ See continuation page

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district with 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No.: 000/00/3457

Defendant's Date of Birth: 00/00/82

Defendant's USM No.: 61023-053

Defendant's Residence Address:
491 Bridge Road  Apt 213
Florence, Ma

Defendant's Mailing Address:
Same as above

01/11/05
Date of Imposition of Judgment

_Michael A. Ponsor_
MICHAEL A. PONSOR
Signature of Judicial Officer

Judge, U.S. District Court
Name & Title of Judicial Officer

2.3.05
Date

Continuation Page - Supervised Release/Probation

CASE NUMBER:
DEFENDANT:        3:  04  CR  30013      001    MAP
                  OLUPEYEDE ODUSINA                                    Judgment - Page    of

### Continuation of Conditions of [x] Supervised Release [ ] Probation

COURT FINDS A VIOLATION OF THE TERMS OF SUPERVISED RELEASE AND ORDERS THAT DEFENDANT CONTINUE ON SUPERVISION UNTIL ORIGINAL TERMINATION DATE WITH A MODIFICATION OF CONDITIONS TO INCLUDE   A SIX (6) MONTH TERM OF CCC/HALFWAY HOUSE PLACEMENT;

DEFENDANT TO SELF REPORT TO DESIGNATED HALFWAY HOUSE ON FEBRUARY 14, 2005.