AO 245D (Rev. 3/01) Sheet 1 - Judgment in a Criminal Case for Revocations - D Massachusetts (09/02)

# United States District Court
## District of Massachusetts

UNITED STATES OF AMERICA
v.
OLUPEYEDE ODUSINA

AMENDED JUDGMENT IN A CRIMINAL CASE
(For **Revocation** of Probation or Supervised Release)
(For Offenses Committed On or After November 1, 1987)

Case Number: 3: 04 CR 30013   001   MAP

JEFFREY YELLE, ESQ
Defendant's Attorney

Date of Original/Amended Judgment:   2/3/05

**THE DEFENDANT:**

☐ admitted guilt to violation of condition(s) _____ of the term of supervision.
☒ was found in violation of condition(s) _1_____ after denial of guilt.

Accordingly, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1 | FAILURE TO PARTICIPATE IN SUBSTANCE ABUSE TESTING AND TREATMENT | 09/28/04 |

☐ See continuation page

The defendant is sentenced as provided in pages 2 through ___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

01/11/05
Date of Imposition of Judgment

MICHAEL A. PONSOR
Signature of Judicial Officer

Defendant's Soc. Sec. No.: 000/00/3457

Defendant's Date of Birth: 00/00/82

Defendant's USM No.: 61023-053

Defendant's Residence Address:
491 Bridge Road Apt. 213
Florence, MA

U.S. DISTRICT JUDGE
Name & Title of Judicial Officer

Defendant's Mailing Address:
Same as above

4·25·05
Date

Continuation Page - Supervised Release/Probation

Judgment - Page    of

CASE NUMBER:    3: 04 CR 30013    001   MAP
DEFENDANT:      OLUPEYEDE ODUSINA

## Continuation of Conditions of ☒ Supervised Release ☐ Probation

COURT FINDS A VIOLATION OF THE TERMS OF SUPERVISED RELEASE AND ORDERS THAT DEFENDANT CONTINUE ON SUPERVISION UNTIL ORIGINAL TERMINATION DATE WITH A MODIFICATION OF CONDITIONS TO INCLUDE A SIX (6) MONTH TERM OF CCC/HALFWAY HOUSE PLACEMENT

DEFENDANT TO SELF REPORT TO DESIGNATED HALFWAY HOUSE ON FEBRUARY 14, 2005

PARTICIPATE IN PROGRAM FOR SUBSTANCE ABUSE AS DIRECTED

DEFENDANT IS NOT TO CONSUME ANY ALCHOLIC BEVERAGES

ALL OTHER SPECIAL CONDITIONS OF RELEASE TO REMAIN AS SET FORTH IN ORIGINAL JUDGMENT AS FOLLOWS:

Def not to commit another Federal, state or local crime;

Shall not leave judicial district w/o permission of probation

Report to probation as directed and submit written report within first 5 days of every month;

Shall answer truthfully all inquiries by probation and follow instructions as directed;

Shall support his or her dependents and meet other family responsibilities;

Shall work regularly at a lawful occupation unless excused by probation for schooling, training or other acceptable reasons;

Notify probation w/i seventy two hours of any change in residence or employment;

Refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance or any other paraphernalia related to such substances, except as prescribed by physician;

Shall not frequent places where controlled substances are illegally sold, used, distributed or administered;

Shall not associate with any person convicted of a felony unless granted permission by probation;

Shall permit probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by probation;

Shall notify probation w/i seventy two hours of being arrested or questioned by a law enforcement officer;

Shall not enter into any agreement to to act as an informer or special agent of a law enforcement agency w/o permission of Court;

Shall notify third parties of risks that may be occasioned by def's criminal record or personal history or characteristics and shall permit probation officer to make such notifications and to confirm def's compliance