AO83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF  MASSACHUSETTS

UNITED STATES OF AMERICA
V.

**SUMMONS IN A CRIMINAL CASE**

OLUPEYEDE ODUSINA
80 Damon Road
Apartment 1303
Northampton, MA 01060
(Name and Address of Defendant)

Case Number:   04-30013-MAP

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| UNITED STATES DISTRICT COURT<br>1550 Main Street<br>Springfield, MA 01103 | Courtroom Three |
| | Date and Time |
| Before:   Hon. Kenneth P. Neiman, U.S. Magistrate Judge | June 30, 2005, at 1:00 p.m. |

To answer a(n)
☐ Indictment   ☐ Information   ☐ Complaint   ☐ Violation Notice   ☒ Probation Violation Petition

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:

Violation of Supervised Release


_____
Signature of Issuing Officer

Bethaney A. Healy, Deputy Clerk
Name and Title of Issuing Officer

June 24, 2005
Date

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF MASSACHUSETTS
FEDERAL BUILDING & COURTHOUSE BUILDING
1550 MAIN ST.
SPRINGFIELD, MASSACHUSETTS 01103
TELEPHONE: 413-785-0214
FAX: 413-785-0204

**TONY ANASTAS**
**CLERK**

**JOHN C. STUCKENBRUCK**
**DIVISION MANAGER**

June 24, 2005

Olupeyede Odusina
80 Damon Road
Apt. 1303
Northampton, MA 01060

Re:   Criminal Action No. 04-30013-MAP, U.S.A. v. Odusina

Dear Mr. Odusina,

Enclosed is a summons, requiring you to appear and answer to a Petition for Offender Under Supervision in the above-referenced matter. You are scheduled to appear before Honorable Kenneth P. Neiman, U.S.M.J., for an initial appearance on June 30, 2005, at 1:00 p.m.

I have enclosed a CJA-23 Financial Affidavit. If you would wish for the court to appoint counsel for you in this matter, please fill out the affidavit and return it to me as soon as possible in the enclosed postage-paid envelope. The court will review the financial affidavit so it may determine whether you qualify for appointment of counsel.

Very truly yours,

/s/ Bethaney A. Healy

Bethaney A. Healy
Courtroom Clerk to Hon. Kenneth P. Neiman, U.S.M.J.

cc:file, enc.

| CJA 23   | **FINANCIAL AFFIDAVIT** |
|---|---|
| Rev. 5/98 | IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE |

IN UNITED STATES    ☐ MAGISTRATE    ☐ DISTRICT    ☐ APPEALS COURT or    ☐ OTHER PANEL (Specify below)
IN THE CASE OF

|   | FOR |
|---|---|
| _____ V.S. _____ | AT |

LOCATION NUMBER ▶

PERSON REPRESENTED (Show your full name)

1 ☐ Defendant —Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other

CHARGE/OFFENSE (describe if applicable & check box →)    ☐ Felony    ☐ Misdemeanor

DOCKET NUMBERS
Magistrate
District Court ▶
Court of Appeals

### ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**

Are you now employed? ☐ Yes    ☐ No    ☐ Am Self-Employed
Name and address of employer: _____

IF YES, how much do you earn per month? $ _____
IF NO, give month and year of last employment
How much did you earn per month? $ _____

If married is your Spouse employed? ☐ Yes    ☐ No
IF YES, how much does your Spouse earn per month? $ _____
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?    ☐ Yes    ☐ No

RECEIVED    SOURCES
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES    $ _____    _____

**CASH**    Have you any cash on hand or money in savings or checking accounts?    ☐ Yes ☐ No    IF YES, state total amount $ _____

**PROPERTY**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?    ☐ Yes    ☐ No

VALUE    DESCRIPTION
IF YES, GIVE THE VALUE AND DESCRIBE IT    $ _____    _____

**OBLIGATIONS & DEBTS**

**DEPENDENTS**

MARITAL STATUS    Total No. of Dependents
___ SINGLE
___ MARRIED
___ WIDOWED
___ SEPARATED OR DIVORCED

List persons you actually support and your relationship to them _____

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
|  | _____ | $ _____ | $ _____ |
|  | _____ | $ _____ | $ _____ |
|  | _____ | $ _____ | $ _____ |
|  | _____ | $ _____ | $ _____ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) _____

SIGNATURE OF DEFENDANT ▶ _____
(OR PERSON REPRESENTED)

| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service | See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form. |

**PLAINTIFF**
UNITED STATES OF AMERICA

**COURT CASE NUMBER**
04-30013-MAP

**DEFENDANT**
OLUPEYEDE ODUSINA

**TYPE OF PROCESS**
CRIMINAL

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
20 DAMON RD. APT 1303

**ADDRESS** (Street or RFD, Apartment No., City, State and ZIP Code)
**AT** NORTHAMPTON, MA 01060

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Bethaney Healy
USDC - Clerk's Office
1550 Main St
Springfield, MA 01040

| Number of process to be served with this Form - 285 | 01 |
| Number of parties to be served in this case | 01 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of:
☐ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER: 413-785-0044
DATE: 6/24/05

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No. 38
District to Serve No. 38
Signature of Authorized USMS Deputy or Clerk
Date: 6/24/05

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

Address (complete only if different than shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service   Time   am/pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |

REMARKS: 6/28 - Endeavor Made. 9AM - Nobody Home  MCN #5279

**PRIOR EDITIONS MAY BE USED**   **1. CLERK OF THE COURT**   **FORM USM-285 (Rev. 12/15/80)**