AO458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF  MASSACHUSETTS

United States of America

v.

Olupegede Odusina

**APPEARANCE**

Case Number: 04-30013-MAP

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for  the defendant,

Olupegede Odusina

Date: July 14, 2005

Signature: Johnson & Sclafani

Print Name: Charles J. Sclafani, Jr.

Address: 776 Westfield St.

City: West Springfield   State: MA   Zip Code: 01089

Phone Number: 413-732-8356