# United States District Court

District of Massachusetts

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | WAIVER OF PROBABLE CAUSE HEARING |
| | ) | |
| OLUPEYEDE ODUSINA, | ) | |
| Defendant | ) | Case Number: 04-30013-MAP |

I, __Olupeyede Odusina__, understand that in the ___ District of __Massachusetts__ charges are pending alleging violation of ____supervised release____ and that I have appeared before a United States Magistrate Judge, who informed me of the charge and of my right to:

(1)  retain counsel or request the assignment of counsel if I am unable to retain counsel,

(2)  a probable cause hearing prior to and independent of a revocation hearing;

I HEREBY WAIVE (GIVE UP) MY RIGHT TO:

( )  retain counsel, or request the assignment of counsel,

(X)  a probable cause hearing

and, therefore, consent to the issuance of an order requiring my appearance before the sentencing judge in the original matter pending in this district.

_____
Signature of Defendant

_____
Signature of Defense Counsel

7-18-05
Date