AO 245D    (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

District of _____ MASSACHUSETTS _____

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For **Revocation** of Probation or Supervised Release) |
| OLUPEYEDE ODUSINA | |

Case Number: 3:04CR30013-001-MAP
USM Number: 61023-053

CHARLES SCLAFANI, ESQ.
Defendant's Attorney

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s) 1,2 of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | TESTED POSITIVE FOR USE OF CONT. SUBSTANCES | 8/16/2005 |
| 2 | FAILED TO TRUTHFULLLY ANSWER P.O.INQUIRIES | 8/19/2005 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.: 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

Defendant's Date of Birth: 00/00/1982

Defendant's Residence Address:

60 Locust St., Holyoke, MA  01040

9/8/2005
Date of Imposition of Judgment

*Michael A. Ponsor* (signature)
Signature of Judge

Michael A. Ponsor — U.S. District Judge
Name of Judge — Title of Judge

9/9/2005
Date

Defendant's Mailing Address:

60 Locust St., Holyoke, MA  01040

AO 245D     (Rev. 12/03 Judgment in a Criminal Case for Revocations
            Sheet 2— Imprisonment

Judgment — Page 2 of 2

DEFENDANT: OLUPEYEDE ODUSINA
CASE NUMBER: 3:04CR30013-001-MAP

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :

NINE(9) MONTHS.

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
   ☐ at _____ ☐ a.m. ☐ p.m. on _____.
   ☐ as notified by the United States Marshal.

☑ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   ☑ before 2 p.m. on   10/6/2005   .
   ☐ as notified by the United States Marshal.
   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____
at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL